IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEAH MITELBERG, individually and on behalf of all others similarly situated, | Civil Action No. 2:21-CV-01043 |
| Plaintiff, | Hon. Susan D. Wigenton |
| v. | NOTICE OF MOTION (Oral Argument Requested) |
| THE TRUSTEES OF THE STEVENS INSTITUTE OF TECHNOLOGY, | MOTION DATE: May 3, 2021 |
| Defendant. | |

To: Philip L. Fraietta
Joseph I. Marchese
Busor & Fisher, P.A.
888 Seventh Avenue
New York, NY 10019

Sarah N. Westcot
Busor & Fisher, P.A.
2665 S. Bayshore Drive, Suite 200
Miami, FL 33133

**PLEASE TAKE NOTICE** that defendant The Trustees of the Stevens Institute of Technology ("Stevens"), will move this Court, before the Honorable Susan D. Wigenton, U.S.D.J., at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, on May 3, 2021, at 9:00 a.m., or as soon thereafter as counsel

may be heard, for an Order granting Stevens' Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of the motion, Stevens shall rely on the enclosed Memorandum of Law, the Declaration of Angelo A. Stio, III and the exhibits thereto. A proposed form of Order also is submitted for the Court's convenience.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

/s/ Angelo A. Stio III
Angelo A. Stio III
Michael E. Baughman
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
301 Carnegie Center
Suite 400
Princeton, NJ 08543
(609) 951.4125

*Attorneys for Defendant The Trustees of The Stevens Institute of Technology*

Dated: March 29, 2021

2