UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEAH MITELBERG, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>STEVENS INSTITUTE OF TECHNOLOGY,<br><br>　　　　　　　　　Defendant. | Civil Action No. 2:21-cv-01043-SDW-MAH<br><br>Hon. Susan D. Wigenton |

**DECLARATION OF PHILIP L. FRAIETTA IN OPPOSITION TO
DEFENDANT'S MOTIONS TO DISMISS**

I, Philip L. Fraietta, hereby declare as follows:

　　1.　　I am a partner at Bursor & Fisher, P.A., counsel of record for Plaintiff in this action. I am licensed to practice in this court. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

　　2.　　I make this declaration in opposition to Defendant's motions to dismiss.

　　3.　　Attached hereto as **Exhibit 1** is a true and correct copy of the February 5, 2021 Order denying defendant's motion to dismiss in *Doval v. Fairleigh Dickinson University*, No. BER-L-004966-20.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the transcript of the oral argument on defendant's motion to dismiss in *Doval v. Fairleigh Dickinson University*, No. BER-L-004966-20.

I declare under penalty of perjury that the above and foregoing is true and correct.

Executed this 19th day of April 2021 at New York, New York.

*/s/ Philip L. Fraietta*  
Philip L. Fraietta