**EXHIBIT 1**

Angelo A. Stio III [ID# 01479-1997]
Michael E. Baughman [ID# 01981-1996]
**TROUTMAN PEPPER HAMILTON**
 **SANDERS LLP**
301 Carnegie Center
Suite 400
Princeton, NJ 08543
(609) 951.4125
*Attorneys for Defendant Fairleigh Dickinson University*

**FILED**

FEB - 5 2021

Robert C. Wilson
J.S.C.

| | |
|---|---|
| STEVEN DOVAL, MELISSA CUELLO, and CEANA CUELLO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRLEIGH DICKINSON UNIVERSITY,<br><br>Defendant. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>BERGEN COUNTY<br><br>**DENIED**<br><br>NO. BER-L-004966-20<br><br>*Denied without Prejudice*<br><br>Motion Day: January 8, 2021 |

### [~~PROPOSED~~] ORDER

**THIS MATTER** having come before the Court by way of motion of defendant Fairleigh Dickinson University, ("FDU"), to Dismiss the Complaint, and the Court having considered the Motion and any opposition thereto, and for good cause shown and for the reasons set forth on the record;

IT IS on this 5th day of February, 2021, **ORDERED** as follows:

1. FDU's Motion to Dismiss is hereby **DENIED** ~~GRANTED~~;

2. ~~The Complaint in the above-captioned matter is hereby dismissed with prejudice; and~~

3. Counsel for FDU shall serve a copy of this Order on all counsel within 7 days of receipt of this Order.

*Robert C. Wilson*
ROBERT C. WILSON, J.S.C.