Troutman Pepper Hamilton Sanders LLP
Suite 400, 301 Carnegie Center
Princeton, NJ 08540-6227

troutman.com



**Angelo A. Stio III**
angelo.stio@troutman.com

July 28, 2021

**VIA ECF**

Honorable Michael A. Hammer, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

Re: *Mitelberg v. Stevens Institute of Technology*
2:21-cv-1043-SDW-MAH

Dear Judge Hammer:

This firm represents Stevens Institute of Technology and we write with the consent of Plaintiff's counsel to respectfully request an adjournment of the Telephone Scheduling Conference that is currently scheduled to occur on August 4, 2021 at 10:00 a.m. I make this request because I have a personal matter to attend to during the morning of August 4, 2021 and I am not available to attend the conference.

If it fits within the Court's schedule, the parties are available for a telephone conference on Thursday, August 5, Friday, August 6, or before noon on any day during the week of August 9, 2021.

Thank you for your consideration of this request.

Sincerely,

Angelo A. Stio III

cc: Philip L. Fraietta, Esq. (via email and ECF)