**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LEAH MITELBERG, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE TRUSTEES OF THE STEVENS INSTITUTE OF TECHNOLOGY,<br><br>    Defendant. | Civil Action No. 2:21-cv-01043-SDW-MAH |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

  The parties, by their respective counsel, stipulate and agree in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that, no class having been certified in the action, the action is hereby dismissed with prejudice and without fees or costs to any party.

Dated:  August 10, 2022

| | |
|---|---|
| **TROUTMAN PEPPER HAMILTON SANDERS LLP**<br>Attorneys for The Trustees of The Stevens Institute of Technology | **BURSOR & FISHER, P.A.**<br>Attorneys for Plaintiff Leah Mitelberg |
| By:  /s/ *Angelo A. Stio III*<br>  Angelo A. Stio III<br>  301 Carnegie Center Suite 400<br>  Princeton, NJ 08543-5276<br>  P: (609)452-0808<br>  F: (609)452-1147<br>  Email: Angelo.Stio@troutman.com<br><br>  Mia S. Marko<br>  3000 Two Logan Square, 18th and Arch Streets<br>  Philadelphia, PA 19103<br>  P: (215)981-4839<br>  F: (215)689-4612<br>  Email:  Mia.Marko@troutman.com | By:  /s/ *Philip L. Fraietta*<br>  Philip L. Fraietta (NJ Bar No. 118322014)<br>  888 Seventh Avenue<br>  New York, NY 10019<br>  Tel.: (646) 837-7150<br>  Fax:(212) 989-9163<br>  Email: pfraietta@bursor.com |