IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEAH MITELBERG, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>v.<br><br>THE TRUSTEES OF THE STEVENS INSTITUTE OF TECHNOLOGY,<br><br>           Defendant. | Civil Action No. 2:21-cv-01043-SDW-MAH<br><br>SO ORDERED<br><br>   s/Evelyn Padin<br>Evelyn Padin, U.S.D.J.<br><br>Date: **8/11/2022** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by their respective counsel, stipulate and agree in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that, no class having been certified in the action, the action is hereby dismissed with prejudice and without fees or costs to any party.

Dated: August 10, 2022

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Attorneys for The Trustees of The Stevens Institute of Technology

By: /s/ *Angelo A. Stio III*
Angelo A. Stio III
 301 Carnegie Center Suite 400
Princeton, NJ 08543-5276
P: (609)452-0808
F: (609)452-1147
Email: Angelo.Stio@troutman.com

Mia S. Marko
3000 Two Logan Square, 18th and Arch Streets
Philadelphia, PA 19103
P: (215)981-4839
F: (215)689-4612
Email: Mia.Marko@troutman.com

**BURSOR & FISHER, P.A.**
Attorneys for Plaintiff Leah Mitelberg

By: /s/ *Philip L. Fraietta*
Philip L. Fraietta (NJ Bar No. 118322014)
888 Seventh Avenue
New York, NY 10019
Tel.: (646) 837-7150
Fax:(212) 989-9163
Email: pfraietta@bursor.com